1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  ANDREW P. CAPUTO (CSBN 203655)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
       Telephone:  (415) 436-7004

7  Fax:  (415) 436-7234
       Email: andrew.caputo@usdoj.gov

8

   Attorneys for Plaintiff

9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           )   No. CR 08-0756 WHA
                                        )
14       Plaintiff,                     )   STIPULATION AND [PROPOSED]
                                        )   ORDER EXCLUDING TIME FROM
15  v.                                  )   SPEEDY TRIAL ACT CALCULATION
                                        )   (18 U.S.C. § 3161(h)(8)(A))
16  DARRYLE HOLMON, SR.,                )
                                        )
17       Defendant.                     )
                                        )
   ─────────────────────────────────────

18

19       With the agreement of the parties, and with the consent of defendant Darryle Holmon,

20  Sr., the Court enters this order documenting defendant's exclusion of time under the Speedy Trial

21  Act, 18 U.S.C. § 3161(c)(1), from November 18, 2008, to December 16, 2008.  The parties

22  agree, and the Court finds and holds, as follows:

23       1.      Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to

24  grant the requested continuance would unreasonably deny defendant's counsel reasonable time

25  necessary for effective preparation, taking into account the exercise of due diligence, in this case,

26  and is also necessary in the interest of continuity of counsel, given the holiday travel schedule of

27  defendant's counsel.

28       2.      Given these circumstances, the Court found that the ends of justice served by

1 excluding the period from November 18, 2008, to December 16, 2008, outweigh the best interest

2 of the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

3     3.     Accordingly, and with the consent of the defendant, at the hearing on November

4 18, 2008, the Court ordered that the period from November 18, 2008, to December 16, 2008, be

5 excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

6     IT IS SO STIPULATED.

7

8 DATED: November 25, 2008          /s/
                                    _____
9                                   V. ROY LEFCOURT
                                    Attorney for Defendant

10

11 DATED: November 21, 2008         /s/
                                    _____
12                                  ANDREW P. CAPUTO
                                    Assistant United States Attorney

13

14     IT IS SO ORDERED.

15

16 DATED:  December 3, 2008
           _____         _____
17                                  WILLIAM H. ALSUP
                                    United States District Judge

18

19

20

21

22

23

24

25

26

27

28