JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Fax: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0756 WHA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| DARRYLE HOLMON, SR., | ) | |
| Defendant. | ) | |

    With the agreement of the parties, and with the consent of defendant Darryle Holmon, Sr., the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from December 16, 2008, to January 13, 2009. The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant's counsel will use the exclusion period to consult with his client and to prepare for trial in the event that the case does not resolve.

    2.    Given these circumstances, the Court found that the ends of justice served by

excluding the period from December 16, 2008, to January 13, 2009, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

     3.    Accordingly, and with the consent of the defendant, at the hearing on December 16, 2008, the Court ordered that the period from December 16, 2008, to January 13, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: January 5, 2009           /s/
V. ROY LEFCOURT
Attorney for Defendant

DATED: December 16, 2008        /s/
ANDREW P. CAPUTO
Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 8, 2009

IT IS SO ORDERED
Judge William Alsup

WILLIAM ALSUP
United States District Judge

2