V. Roy Lefcourt (SBN 49950)
1934 Divisadero Street
San Francisco, CA 94115
Telephone:    (415) 776-0207
Fax:          (415) 776-8043
vroylefcourt@sbcglobal.net

Counsel for Defendant
DARRYLE HOLMON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00756-WHA |
| Plaintiff, | ) | **STIPULATION TO CONTINUE DEFENDANT'S SURRENDER DATE FROM JULY 15, 2009 TO SEPTEMBER 25, 2009** |
| vs. | ) | |
| DARRYLE HOLMON, | ) | |
| Defendant. | ) | |

For the reasons set forth below, it is HEREBY STIPULATED and agreed between the undersigned parties that defendant Darryle Holmon be allowed to surrender himself to the custody of the United States Bureau of Prisons before the end of the business day on September 25, 2009 in lieu of the currently scheduled surrender date of July 15, 2009.  The reason for the continuance and postponement of defendant's surrender is to enable defendant to provide in-home care and assistance for his son Darryle Holmon Jr. (age 27) who is recovering from gun shot wounds to his

1  abdomen.  Mr. Holmon Jr. was the victim of a drive-by shooting in San Francisco on or about
2  June 22, 2009 and underwent emergency medical care and emergency reparative surgery at San
3  Francisco General Hospital.  He was discharged from the hospital on June 27, 2009 and is now
4  recovering at home; he requires around-the-clock monitoring and assistance with activities of
5  daily living.  Mr. Holmon Jr. is expected to undergo another operation in late July/early August
6  2009 and will require in home care and assistance for approximately one month following his
7  surgery.  Attached to this stipulation as Exhibit A, and incorporated herein by reference, are
8  copies of Darryle Holmon Jr.'s hospital records as verification of his medical condition.

Dated:  July 1, 2009                                    Respectfully Submitted,


                                                        By /s/ V.ROY LEFCOURT

                                                        V.Roy Lefcourt
                                                        Attorney for Defendant
                                                        DARRYLE HOLMON

Dated:  July 1, 2009                                    Respectfully Submitted,


                                                        By /s/ DREW CAPUTO
                                                        Drew Caputo
                                                        Assistant United States Attorney
                                                        By Samuel Lasser per telephone authorization

| | |
|---|---|
| 1 | V. Roy Lefcourt (SBN 49950) |
|   | 1934 Divisadero Street |
| 2 | San Francisco, CA 94115 |
|   | Telephone:   (415) 776-0207 |
| 3 | Fax:              (415) 776-8043 |
|   | vroylefcourt@sbcglobal.net |
| 4 | |
| 5 | |
|   | Counsel for Defendant |
| 6 | DARRYLE HOLMON |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,           )   No. CR 08-00756-WHA
                                    )
        Plaintiff,                  )   [proposed] ORDER CONTINUING
                                    )   DEFENDANT'S SURRENDER DATE
vs.                                 )   FROM JULY 15, 2009 TO SEPTEMBER
                                    )   25, 2009
DARRYLE HOLMON,                     )
                                    )
        Defendant.                  )
_____)

GOOD CAUSE APPEARING, it is HEREBY ORDERED that defendant DARRYLE HOLMON surrender himself to the custody of the United States Bureau of Prisons by the end of the business day on September 25, 2009 to serve his sentence in the above-entitled case.  It is further ordered that defendant's previously ordered surrender date of July 15, 2009 be vacated.  The reason for the later surrender date is to allow defendant to provide necessary in-home care for his son Darryle Holmon Jr. who is recovering from emergency reparative surgery for abdominal gun shot

ORDER Continuing Surrender Date                                                                3

1 | wounds Mr. Holmon Jr. sustained on June 22, 2009 in San Francisco, California, and set forth in
2 | the Stipulation to Continue Defendant's Surrender date signed by both parties and incorporated
3 | herein by reference.

5 | Dated: July 7, 2009

IT IS SO ORDERED
Judge William Alsup

Honorable William H. Alsup
U.S. District Court Judge

ORDER Continuing Surrender Date                                                                 4